UNITED STATES of America, Plaintiff-Appellee,

v.

Patrick Dewayne HALL, Defendant-Appellant.

No. 16-14921

Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(May 10, 2017)

Michael B. Billingsley, Thomas E. Borton, IV, Gregory R. Dimler, Eric W. Hunter, Praveen S. Krishna, Kathryn McHugh, Assistant U.S. Attorney, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Nicole Grosnoff, U.S. Department of Justice, Criminal Division, Washington, DC, for Plaintiff-Appellee

Before TJOFLAT, WILLIAM PRYOR and BLACK, Circuit Judges.

PER CURIAM:

W. Scott Brower, appointed counsel for Patrick Hall in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hall's convictions and sentences are **AFFIRMED.**